

# School board votes to oust Colonial Heights superintendent during emergency meeting



Exhibit C



COLONIAL HEIGHTS, Va. -- The Colonial Heights School Board voted unanimously during an emergency meeting Friday to part ways with Superintendent Dr. William Sroufe said. While the final vote was public, the discussion that led to it took place in private and the school board did not elaborate on the reason why they decided to oust Sroufe.

"Unfortunately, I can't answer that question until the final agreement is signed," school board chair Steven Neece said.



Exhibit C



Watch Now



WTVR

Colonial Heights Schools Superintendent Dr. William Sroufe

When asked to comment about the vote, Sroufe referred to the following joint statement released by the Colonial Heights School Board:

*This week, the Colonial Heights School Board has come to a mutual separation agreement with Dr. William Sroufe, the division superintendent. Dr. Sroufe will be taking a leave of absence beginning this Saturday, February 18, and ending on June 30, 2023, when his official tenure as superintendent will come to a close.*

*The school board will soon begin the search for a new superintendent and appoint an interim superintendent to manage the day-to-day operations in the meantime.*

CLOSE

ADVERTISEMENT

Exhibit C



packages, and security measures, as well as improvements to the fine arts wing of the high school.

Dr. Sroufe's administrative team also brought in more than a million dollars in competitive grants and improved our ranking in the Commonwealth on SOL performance.

### Jeff Faries Investigation

Alicia Allen first spoke to Melissa Hipolit last year for a series of investigative reports concerning inappropriate conduct allegations against Jeff Faries, the former softball coach and the city's former police chief. The accusers were some of Faries' players.

Faries retired as chief last April, one month after the city put him on administrative leave pending a state police investigation into accusations made by several of his former players.

Ultimately, a special prosecutor said she believed there was evidence that a crime, or crimes, were committed by Faries when he was coach. But no charges were filed because the statute of limitations had passed.

Allen, a former assistant softball coach, said she repeatedly complained to the athletic director about Faries' treatment of her and the girls on the team. But she claimed nothing was done and that her concerns were brushed under the rug.

CLOSE

ADVERTISEMENT

Exhibit C



WTVR

## IN-DEPTH: Ex-Colonial Heights softball coach says school system brushed concerns about Jeff Faries 'under the rug'

Allen said that if the school system had taken her complaints seriously, perhaps the statute of limitations would not have run out.

"I was relieved it felt like for the first time in two years they were finally doing something," Allen said. "It's been rough. It's taken my love for the game and for coaching in general."

Mother Terri Grubb and Allen said they hoped the board will also consider taking action regarding other personnel.

"Now there is a couple more that need to go that were just as responsible, and I hope they hold them accountable as well," Grubb said.

CLOSE

ADVERTISEMENT

Exhibit C

 **Watch Now**

WTVR CBS 6 has reached out to Sroufe for comment and will update this story once we hear back.

Depend on CBS 6 News and WTVR.com for in-depth coverage of this important local story. Anyone with more information can email newstips@wtvr.com to send a tip.

Copyright 2023 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Sign up for the **Headlines Newsletter** and receive up to date information.

E-mail | Submit

CURATION BY



**Spectator attacks high school basketball player during game**
CBS 6 News Richmond WTVR



**[Gallery] Megan Fox's Daughter Has Grown Up To Be Her Twin.**
Paid Content: Tachnik



**Walmart plans to close 'underperforming' store locations**
CBS 6 News Richmond WTVR

ADVERTISEMENT

CLOSE

**Exhibit C**